**Order entered April 23, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01583-CV

## DALLAS MEDICAL CENTER, LLC, ET AL, Appellants

## V.

## MOLINA HEALTHCARE OF TEXAS, INC., Appellee

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-06920**

## ORDER

The reporter's record in this appeal is past due. By postcard dated January 29, 2020, we notified the Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. By order dated March 10, 2020, we again notified Ms. Dobbins that the reporter's record was overdue and ordered her to file the reporter's record by March 31, 2020. To date, the reporter's record has

not been filed and Ms. Dobbins has not otherwise communicated with the Court regarding the reporter's record.

Accordingly, we **ORDER** Vielica Dobbins to file, within **TWENTY DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellants have not paid for or made arrangements to pay for the reporter's record. *We notify appellants that if we receive verification they have not requested the reporter's record or paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We expressly **CAUTION** Ms. Dobbins that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Dobbins comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Bridgett N. Whitmore
Presiding Judge
134th Judicial District Court

Vielica Dobbins
Official Court Reporter
134th Judicial District Court

All parties

/s/     BILL WHITEHILL
          JUSTICE